UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SHONTAE EVERETT,

          Plaintiff,

v.                    ACTION NO. 2:13cv21

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

          Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for disability insurance benefits ("DIB") and supplemental security income ("SSI"), under the Social Security Act.

On March 27, 2013, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on November 20, 2013, recommending defendant's Motion to Summary Judgment be granted, plaintiff's Motion for Summary Judgment be denied, that the final decision of the Commissioner be

affirmed, and that the matter be dismissed with prejudice. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 20, 2013. Accordingly, defendant's Motion for Summary Judgment is **GRANTED**; plaintiff's Motion for Summary Judgment is **DENIED**, the final decision of the Commissioner is **AFFIRMED**; and the case is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk shall enter judgment for the defendant.

The Clerk shall forward a copy of this Final Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

December 11, 2013

2